UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUBEN MARTINEZ,<br><br>      Plaintiff,<br><br>  v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security<br>Administration,<br><br>      Defendant. | Case No. 06cv1088 BTM (JMA)<br><br>ORDER EXTENDING TIME<br>TO FILE CROSS-MOTION<br>AND OPPOSITION |

Upon application by Defendant Commissioner of the Social Security Administration, and by Plaintiff by and through his counsel, Thomas G. Roche,

**IT IS HEREBY ORDERED** that the time for the Defendant to file his cross motion and opposition shall be extended from August 3, 2007 to **August 17, 2007**. Plaintiff must file any opposition to the cross motion on or before **August 31, 2007**. No reply will be permitted. The motions will be reset for disposition, without oral argument, on **September 7, 2007**.

DATED: August 3, 2007

*[signature: Barry Ted Moskowitz]*

Honorable Barry Ted Moskowitz
United States District Judge